## STATE OF CONNECTICUT *v.* HERIBERTO LUIS GUZMAN

The defendant's petition for certification for appeal from the Appellate Court, 125 Conn. App. 307 (AC 30604), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Mary Beattie Schairer*, special public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided January 20, 2011

EVELEIGH, J., did not participate in the consideration of or decision on this petition.